FILED IN OPEN
COURT 10/08/2020
AMENDED 10/21/2020

LFP
GFM

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  20-00122-TFM |
| | * | USAO NO. 18R00579 |
| | * | OCDETF NO. SE-ALS-0121 |
| v. | * | VIOLATIONS: |
| | * | 21 USC § 846 |
| MARTIN CARLTON MELTON, | * | 21 USC § 841(a)(1) |
|     aka MC | * | 21 USC § 924(c)(1)(A)(i) |
| JESSIE LEE ANDREWS, | * | 21 USC § 922(g)(1) |
| LISA OVERBY BROKAW, | * | 21 USC § 856(a)(2) |
| REGINALD IRVIN BURGESS, | * | |
| MELODY NOEL CLEBURN, | * | |
|     aka ANGEL NOEL | * | |
| JIMMY EARL CONNER, | * | |
| MORTIMER ADRIAN COTTRELL, | * | |
|     aka CUZ | * | FILED UNDER SEAL |
| KHADARRIN J. CRAYTON, | * | |
|     aka KD | * | |
| CHAD JOSHUA DELEVIELEUSE, | * | |
|     aka CHAD THE PILOT | * | |
| DONNA J. DELEVIELEUSE, | * | |
| KIAIRUS JAMER DIAMOND, | * | |
|     aka NEPHEW | * | |
| JULISA NATALIA DILLARD, | * | |
| SYDNEY ELIZABETH DUNN, | * | |
| MARINDA OLIVIA LOETTA HEFLIN, | * | |
| CORNELL LEMONT HOUSTON, | * | |
|     aka CJ | * | |
| AVAMAE GAYNELL JACKSON, | * | |
|     aka AVA | * | |
| TOMOCUS LAWRENCE JACKSON, | * | |
|     aka J-BO / CJ | * | |
| RICHARD GAINES KRAUSE, | * | |
| BRITTANY VICTORIA LOVEJOY, | * | |
| HARRISON LAVELLE LUKER, | * | |
| AUSTIN TYLER MAMUSCIA, | * | |
| TYLER WESTON MARTIN, | * | |
| FITZALBERT NORMAN MCGLOSHEN, | * | |
|     aka FITZ | * | |
| GABRIELLE ANTOINETTE MIMS, | * | |
| JONAS W. MILLER, | * | |
|     aka JONAS MOORE / RIP | * | |
| AUTUMN JEAN MOOREHEAD, | * | |
| ANNETTA GAYNELL OWENS, | * | |

| | |
|---|---|
| aka GAYNELL | * |
| ADAM JOSEPH OWENS, | * |
| aka AJ / BIG HOMIE | * |
| WILLIAM GRANT OWENS, | * |
| aka WHIP / SURGE | * |
| EDWIN JEROME OWENS, | * |
| aka EJ | * |
| TERRY LAMONT OWENS, | * |
| aka SOLO | * |
| AMBER LEE PARKER, | * |
| aka AMBER RUSSELL | * |
| ED RAY PATTERSON, | * |
| aka UNC / POP | * |
| WENDY GALE ROBERTS, | * |
| MARK ROBERT RUPPRECHT, | * |
| aka GHOST | * |
| ALEX SCOTT, | * |
| aka BLACK | * |
| DENTON TAYLOR STANLEY, | * |
| JESSICA DEFLOREN TUBB, | * |
| aka ALLIE | * |
| LEMONT STEVENS | * |
| aka MONT | * |
| PARESH PATEL, | * |
| JAIKUMAR RAMESHBAI PATEL, and | * |
| MITESH DESAI | * |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Introduction

1.     At all relevant times, defendants Martin Carlton Melton, aka MC, Terry Lamont Owens, aka Solo, Edwin Jerome Owens, aka EJ, Adam Joseph Owens, aka AJ / Big Homie, Annetta Gaynell Owens, aka Gaynell, William Grant Owens, aka Whip / Surge, Ed Ray Patterson, aka Unc / Pop, Avamae Gaynell Jackson, aka Ava, Kiairus Jamer Diamond, aka Nephew, Khadarrin J. Crayton, aka KD, Jimmy Earl Conner, Lisa Overby Brokaw, Jessica Defloren Tubb,

aka Allie, Mark Robert Rupprecht, aka Ghost, Marinda Olivia Loetta Heflin, Amber Lee Parker,

aka Amber Russell, Gabrielle Antoinette Mims, Tomocus Lawrence Jackson, aka J-Bo, Melody

Noel Cleburn, aka Angel Noel, Brittany Victoria Lovejoy, Wendy Gale Roberts, Denton Taylor

Stanley, Autumn Jean Moorehead, Chad Joshua Delevieleuse, aka Chad the Pilot, Donna J.

Delevieleuse, Austin Tyler Mamuscia, Tyler Weston Martin, Harrison Lavelle Luker, Mortimer

Adrian Cottrell, aka Cuz, Alex Scott, aka Black, Jonas Moore, aka Rip, Fitzalbert Norman

McGloshen, aka Fitz, Reginald Irvin Burgess, Jessie Lee Andrews, Julisa Natalia Dillard, Sydney

Elizabeth Dunn, Cornell Lemont Houston, aka CJ, and Richard Gaines Krause conspired among

themselves and with others who are not named as defendants herein, including but not limited to

Jay Dean Fisher, Gregory Bernard Kyles, Brandi Suzanne King, Phillip Judson Wells, Tristan

Wayne Nettles, Anthony Pierce, and Rashaad Jerome McNeil.   All named individuals were

members and associates of an organization engaged in, among other things, a conspiracy to traffic

controlled substances.   At all relevant times, this organization, identified herein as the Crossley

Hills Drug Trafficking Organization (DTO), operated in and around various areas, including the

neighborhoods off of Theodore Dawes Road, known as the Crossley Hills, and the hotel areas at

Tillman's Corner and the I-65 Service Road of Mobile County, Alabama within the Southern

District of Alabama, Southern Division.

### The Crossley Hills DTO

2.     Operating in Mobile County, Alabama, and elsewhere, the Crossley Hills DTO

distributed various controlled substances, including heroin, fentanyl, methamphetamine, Xanax,

Oxycodone, Opana, and Roxicodone to customers in Southern Alabama and elsewhere.   Relying

on regional and local sources of supply to acquire controlled substances for its distribution, the

Crossley Hills DTO, beginning in 2016, has distributed a substantial amount of the heroin in

SEALED

Mobile County, Alabama. These heroin sales have led to numerous overdoses, resulting in hospitalizations and deaths. Crossley Hills DTO members have distributed and sold controlled substances in various areas, including Theodore Dawes Road near Crossley Hills Drive in west Mobile County and the hotel areas of Tillman's Corner and the I-65 Service Road in Mobile, Alabama. The Crossley Hills DTO originally focused on the distribution of Xanax, Oxycodone, Opana, Roxicodone, other prescription drugs and methamphetamine. Over time, the Crossley Hills DTO transitioned to the distribution of heroin and fentanyl instead of opioid pills, and the DTO continued in its methamphetamine sales.

### The Crossley Hills DTO's Structure

3.       The Crossley Hills DTO was primarily a neighborhood-based street level operation. The DTO consisted of core members, sources of supply, and sellers/distributers. Core members of the Crossley Hills DTO shared familial ties, such as through marriage, birth, and shared friendships spanning years. Martin Carlton Melton, aka MC, Terry Lamont Owens, aka SOLO, Edwin Jerome Owens, aka EJ, Adam Joseph Owens, aka AJ / Big Homie, Annetta Gaynell Owens, aka Gaynell, William Grant Owens aka Whip aka Surge, Ed Ray Patterson, aka Unc / Pop, Avamae Gaynell Jackson, aka Ava, Kiairus Jamer Diamond, aka Nephen, Khadarrin J. Crayton, aka KD, and separately indicted co-conspirators Jay Dean Fisher, Gregory Bernard Kyles, and Tristan Wayne Nettles, and various others encompassed the core members of the Crossley Hills DTO. Core members were trusted with access to controlled substances, firearms, and United States Currency earned from drug sales that were stored in houses and trailers under the control of the Crossley Hills DTO. These houses and trailers were predominately located along Crossley Hills Drive and Family Travis Road in Mobile County, Alabama.

SEALED

4.      Sources of supply to the Crossley Hills DTO included individuals who supplied controlled substances directly to the organization and/or facilitated the supplying of controlled substances to the organization.  Crossley Hills DTO co-conspirators known and unknown included Lement Stevens aka Mont, Chad Joshua Delevieleuse, aka Chad the Pilot, Donna J. Delevieleuse, Austin Tyler Mamuscia, Tyler Weston Martin, Harrison Lavelle Luker, Mortimer Adrian Cottrell, aka Cuz, Reginald Irvin Burgess, Alex Scott aka Black, Jonas Moore, Fitzalbert Norman McGloshen, aka Fitz, and various others.

5.      Below the core group of Crossley Hills DTO members, other individuals known and unknown to the Grand Jury assisted in the DTO's distribution network by acting as couriers and/or by selling controlled substances for the Crossley Hills DTO.   These co-conspirators included Jimmy Earl Conner, Lisa Overby Brokaw, Jessie Lee Andrews, Jessica Defloren Tubb, aka Allie, Mark Robert Rupprecht, aka Ghost, Marinda Olivia Loetta Heflin, Gabrielle Antoinette Mims, Tomocus Lawrence Jackson, aka J-Bo, Melody Noel Cleburn, aka Angel Noel, Brittany Victoria Lovejoy, Wendy Gale Roberts, Denton Taylor Stanley, Amber Lee Parker, aka Amber Russell, Autumn Jean Moorehead, Sydney Elizabeth Dunn, Julisa Natalia Dillard, Cornell Lemont Houston, aka CJ, Richard Gaines Krause, and separately indicted co-conspirators Jay Dean Fisher, Phillip Judson Wells, Tristan Wayne Nettles, Anthony Pierce, Rashaad Jerome McNeil, Gregory Bernard Kyles, and Brandi Suzanne King.

## Methods of Operation

6.      Crossley Hills DTO members communicated with each other and customers through various means, including cellular telephones and social media platforms such as Facebook and Facebook Messenger.  In an attempt to hide their illicit drug distribution network and to avoid law enforcement detection, Crossley Hills DTO members spoke in coded language when speaking

SEALED

with fellow co-conspirators and/or buyers. For example, on or about November 29, 2017, Adam Joseph Owens, aka AJ / Big Homie, through coded text messages, negotiated the distribution of Oxycodone to customer B.B. Adam Joseph Owens, aka AJ / Big Homie and B.B. met at the pre-arranged location, and B.B. received the controlled substance from Adam Joseph Owens, aka AJ / Big Homie. On November 30, 2017, B.B. died. Found in B.B.'s blood system were Carfentanil, Beta-Hydroxy Fentanyl, and Fentanyl.

7.      Crossley Hills DTO members periodically rented vehicles and used them to drive to pre-determined locations to pick up controlled substances from sources of supply. The Crossley Hills DTO spent thousands of dollars in renting these vehicles. On certain occasions, to avoid law enforcement detection and criminal liability, Crossley Hills DTO members paid and/or offered controlled substances to individuals as payment when these individuals picked up controlled substances and/or stored the controlled substances on behalf of the Crossley Hills DTO.

8.      Heroin sold by the Crossley Hills DTO often had different colors. Blue, grey, green, pink, brown, and white are among the colors of heroin sold by the Crossley Hills DTO. Certain Crossley Hills DTO heroin customers nicknamed the grey/white heroin containing fentanyl as "Grey Death" since, at times, it would cause overdoses to unwary users, some resulting in death.

**<ins>Distribution Networks</ins>**

9.      Martin Carlton Melton, aka MC and Terry Lamont Owens, aka Solo directed the Crossley Hills DTO operations through their ability to procure controlled substances sold by the Crossley Hills DTO. They pooled money together for purchasing controlled substances and then distributed the controlled substances to their fellow DTO core members and select sellers, including Sydney Elizabeth Dunn, Wendy Gale Roberts, and others. At times, in order to

SEALED

maximize their profit and the potency of the heroin sold, Martin Carlton Melton, aka MC, Terry Lamont Owens aka Solo, William Grant Owens aka Whip / Surge, and other core Crossley Hills DTO members added cutting agents such as fentanyl to the heroin.

10.     Chad Joshua Delevieleuse, aka Chad the Pilot supplied fentanyl to the Crossley Hills DTO, in particular to Martin Carlton Melton, aka MC and Terry Lamont Owens, aka Solo. Operating in Baldwin County, Alabama, Chad Joshua Delevieleuse, aka Chad the Pilot used cellular telephones to negotiate the receipt of shipments of fentanyl from his source of supply in California.  Chad Joshua Delevieleuse, aka Chad the Pilot often had the shipments delivered to addresses other than his own, and he had other individuals who used money gram and other money transfer companies to send payments to his source of supply in California.  Austin Tyler Mamuscia, Tyler Weston Martin, Donna J. Delevieleuse and Harrison Lavelle Luker assisted in the recovery of the fentanyl packages and/or in the sending of money to the California source of supply.

11.     On numerous occasions, Martin Carlton Melton, aka MC, Terry Lamont Owens, aka Solo, and Kiarius Jamer Diamond, aka Nephew drove in vehicles, including rental vehicles, and traveled to Pensacola, Florida to pick up heroin from Reginald Irvin Burgess and others.

12.     Edwin Jerome Owens, aka EJ used various individuals, including Jimmy Earl Conner, Julisa Natalia Dillard, Lisa Overby Brokaw, and others to pick up heroin from the Crossley Hills DTO's sources of supply in New Orleans and Biloxi.  Edwin Jerome Owens, aka EJ provided cellular telephones and rental cars to the individuals picking up the heroin on behalf of Edwin Jerome Owens aka EJ.  The individuals used the cellular telephones provided by Edwin Jerome Owens aka EJ to contact the sources of supply, and the individuals also used the rental vehicles to travel to the pick-up points for the sources of supply.  The Crossley Hills DTO's New Orleans sources of supply included Alex Scott, aka Black, Jonas Moore, aka Rip, Fitzalbert Norman

SEALED

McGloshen, aka Fitz, Mortimer Adrian Cottrell, aka Cuz, and others.  As a Mobile County, Alabama source of supply for the Crossley Hills DTO, Lemont Stevens aka Mont provided heroin and methamphetamine.

### Hotel Distribution Network

13.     William Grant Owen, aka Whip / Surge used several hotels and motels located in Mobile County, Alabama as platforms from which to sell controlled substances.  These establishments included the Regency Inn Motel, formerly the Rode Way Inn.  While mainly using prostitutes to sell and maintain controlled substances on his behalf, William Grant Owens, aka Whip / Surge also used non-prostitutes to distribute controlled substances.  Sometimes, William Grant Owens, aka Whip / Surge physically abused individuals selling controlled substances on his behalf, including Brittany Victoria Lovejoy and Jessica Defloren Tubb, aka Allie.  At various times, William Grant Owens, aka Whip / Surge withheld providing drugs to drug-addicted customers, who were going through severe withdrawals, until they performed sexual acts on his person and/or other individuals, or observed Williams Grant Owens, aka Whip / Surge masturbate. Williams Grant Owens, aka Whip / Surge sold controlled substances containing fentanyl.  Often, William Grant Owens, aka Whip / Surge provided these controlled substances mixed with fentanyl to female customers so that he could use them sexually.  In one particular case, victim K.J. overdosed and died as a result of the controlled substance provided by William Grant Owens, aka Whip / Surge and Jessica Defloren Tubb, aka Allie.  At various times, William Grant Owens, aka Whip / Surge sold controlled substances at Hotel #1, Hotel #2, and Hotel #3, each of which is known to the Grand Jury, and also from the Crossley Hills Drive area of Mobile County.

14.     On another occasion, William Grant Owens, aka Whip / Surge distributed fentanyl to a male customer while at the Rode Way Inn.  Victim M.B. overdosed and died as a result of the

SEALED

controlled substance provided by William Grant Owens, aka Whip / Surge and Jessica Defloren Tubb, aka Allie. M.B. overdosed and died at the Rode Way Inn. Some of the individuals selling controlled substances on William Grant Owens, aka Whip / Surge's behalf included Jessica Defloren Tubb, aka Allie, Melody Noel Cleburn, aka Angel Noel, Brittany Victoria Lovejoy, and Richard Gaines Krause.

15.     At various times, Cornell Lemont Houston aka CJ used motels and hotels from which to distribute controlled substances. Marinda Olivia Loetta Heflin distributed controlled substances on behalf of Cornell Lemont Houston aka CJ. Both Cornell Lemont Houston, aka CJ and Marinda Olivia Loetta Heflin used cellular telephones to arrange for the sale of heroin. Cornell Lemont Houston, aka CJ and Marinda Olivia Loetta Heflin used motel rooms from which to sell controlled substances, including heroin and fentanyl. Cornell Lemont Houston, aka CJ used Hotel #1, Hotel #2, and Hotel #3.

16.     Ed Ray Patterson, aka Unc / Pop and Annetta Gaynell Owens, aka Gaynell were elders in the DTO who controlled one of the primary houses in the DTO on Crossley Hills Drive where drugs were stored and sold. They both would receive cash profits from the drug sales and store the money in the home. In one such instance, Ed Ray Patterson, aka Unc / Pop was present when Martin Carlton Melton, aka MC sells methamphetamine to another person. After the transaction, Ed Ray Patterson, aka Unc / Pop can be seen on a video recording of the transaction receiving the money from Martin Carlton Melton, aka MC that the person had just provided to Martin Carlton Melton, aka MC for the purchase of methamphetamine. On numerous occasions, Annetta Gaynell Owens, aka Gaynell would provide drugs to Martin Carlton Melton, aka MC's customers from the home on behalf of Martin Carlton Melton, aka MC when he was not present at the home.

SEALED

## COUNT ONE
### Conspiracy to Possess with Intent to Distribute Controlled Substances
### Title 21, United States Code, Section 846

17.     Paragraphs 1-16 of this Indictment are incorporated here.

18.     From on or about January 2016, and continuing to on or about the date of the return

of this Indictment, in the Southern District of Alabama, Southern Division, and elsewhere, the

defendants,

MARTIN CARLTON MELTON, aka MC,
JESSIE LEE ANDREWS,
LISA OVERBY BROKAW,
REGINALD IRVIN BURGESS,
MELODY NOEL CLEBURN, aka ANGEL NOEL,
JIMMY EARL CONNER,
MORTIMER ADRIAN COTTRELL, aka CUZ,
KHADARRIN J. CRAYTON, aka KD,
CHAD JOSHUA DELEVIELEUSE, aka CHAD THE PILOT,
DONNA J. DELEVIELEUSE,
KIAIRUS JAMER DIAMOND, aka NEPHEW,
JULISA NATALIA DILLARD,
SYDNEY ELIZABETH DUNN,
MARINDA OLIVIA LOETTA HEFLIN,
CORNELL LEMONT HOUSTON, aka CJ,
AVAMAE GAYNELL JACKSON, aka AVA,
TOMOCUS LAWRENCE JACKSON, aka J-BO,
RICHARD GAINES KRAUSE,
BRITTANY VICTORIA LOVEJOY,
HARRISON LAVELLE LUKER,
AUSTIN TYLER MAMUSCIA,
TYLER WESTON MARTIN,
FITZALBERT NORMAN MCGLOSHEN, aka FITZ,
GABRIELLE ANTOINETTE, MIMS,
JONAS MOORE, aka RIP,
AUTUMN JEAN MOOREHEAD,
ANNETTA GAYNELL OWENS, aka GAYNELL,
ADAM JOSEPH OWENS, aka AJ / BIG HOMIE,
WILLIAM GRANT OWENS, aka WHIP / SURGE,
EDWIN JEROME OWENS, aka EJ,
TERRY LAMONT OWENS, aka SOLO,
AMBER LEE PARKER, aka AMBER RUSSELL,
ED RAY PATTERSON, aka UNC / POP,
WENDY GALE ROBERTS,

SEALED

**MARK ROBERT RUPPRECHT, aka GHOST,**
**ALEX SCOTT, aka BLACK,**
**LEMONT STEVENS, aka MONT**
**DENTON TAYLOR STANLEY, and**
**JESSICA DEFLOREN TUBB aka ALLIE**

did willfully, knowingly and unlawfully conspire with one another, and with Gregory Bernard

Kyles, Jay Dean Fisher, Brandi Suzanne King, Phillip Judson Wells, Tristan Wayne Nettles,

Rashaad Jerome McNeil, and Anthony Pierce, who are not named as defendants herein, and with

others persons both known and unknown to the Grand Jury, to possess with the intent to distribute

controlled substances in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

### Death and Serious Bodily Injury

19.     The involvement of defendants **MARTIN CARLTON MELTON, aka MC** and

**TERRY LAMONT OWENS, aka SOLO** in the conspiracy to distribute fentanyl as charged in

Counts 39 and 40 of this Indictment, which resulted in the death and serious bodily injury of K.J.

and M.B., makes them subject to the penalty provisions of Title 21, United States Code, Section

841(b)(1)(C).

20.     The involvement of defendants **CORNELL LEMONT HOUSTON, aka CJ** and

**MARINDA OLIVIA LOETTA HEFLIN** in the conspiracy to distribute fentanyl as charged in

Count 41 of the Indictment, which resulted in the death and serious bodily injury to J.S., makes

them subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

21.     The involvement of defendants **WILLIAM GRANT OWENS, aka WHIP /**

**SURGE** and **JESSICA DEFLOREN TUBB, aka ALLIE** in the conspiracy to distribute fentanyl

as charged in Counts 39 and 40 of this Indictment, which resulted in the death and serious bodily

injury of K.J. and M.B., makes them subject to the penalty provisions of Title 21, United States

SEALED

Code, Section 841(b)(1)(C).

## Methamphetamine Distribution

22.     The quantity of methamphetamine (actual) attributable to defendants

**MARTIN CARLTON MELTON, aka MC,**
**ED RAY PATTERSON, aka UNC / POP,**
**ANNETTA GAYNELL OWENS, aka GAYNELL,**
**AMBER LEE PARKER RUSSELL, aka AMBER RUSSELL,**
**WILLIAM GRANT OWENS, aka WHIP / SURGE,**
**JESSICA DEFLOREN TUBB, aka ALLIE,**
**RICHARD GAINES KRAUSE,**
**DENTON TAYLOR STANLEY, and**
**SYDNEY ELIZABETH DUNN**
**LEMONT STEVENS, aka MONT**

in the conspiracy exceeded 50 grams; thus, these defendants are subject to the penalty provisions

of Title 21, United States Code, Section 841(b)(1)(A).

23.     The quantity of methamphetamine (actual) attributable to defendants

**AVAMAE GAYNELL JACKSON, aka AVA,**
**BRITTANY VICTORIA LOVEJOY, and**
**WENDY GALE ROBERTS**

in the conspiracy exceeded 5 grams; thus, these defendants are subject to the penalty provisions of

Title 21, United States Code, Section 841(b)(1)(B).

## Fentanyl Distribution

24.     The quantity of Fentanyl attributable to defendants

**MARTIN CARLTON MELTON, aka MC**
**CHAD JOSHUA DELEVIELESUE, aka CHAD THE PILOT**
**TERRY LAMONT OWENS, aka SOLO**
**AUSTIN TYLER MAMUSCIA**
**REGINALD IRVIN BURGESS**

in the conspiracy exceeded 100 grams; thus, these defendants are subject to the penalty provisions

of Title 21, United States Code, Section 841(b)(1)(A).

**SEALED**

25.     The quantity of Fentanyl attributable to defendants

**TYLER WESTON MARTIN**
**DONNA J. DELEVIELEUSE**

in the conspiracy exceeded 10 grams; thus, these defendants are subject to the penalty provisions

of Title 21, United States Code, Section 841(b)(1)(B).

## Heroin Distribution

26.     The quantity of heroin attributable to defendants

**MARTIN CARLTON MELTON, aka MC,**
**TERRY LAMONT OWENS, aka SOLO,**
**EDWIN JEROME OWENS, aka EJ,**
**FITZALBERT NORMAN MCGLOSHEN, aka FITZ,**
**ALEX SCOTT, aka BLACK,**
**ANNETTA GAYNELL OWENS, aka GAYNELL,**
**JONAS MOORE, aka RIP,**
**AVAMAE GAYNELL JACKSON, aka AVA,**
**REGINALD IRVIN BURGESS,**
**JIMMY EARL CONNER,**
**WILLIAM GRANT OWENS, aka WHIP / SURGE,**
**LISA OVERBY BROKAW,**
**MARK ROBERT RUPPRECHT, aka GHOST,**
**JULISA NATALIA DILLARD, and**
**GABRIELLE ANTOINETTE MIMS**

in the conspiracy exceeded 100 grams; thus, these defendants are subject to the penalty provisions

of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT TWO
### Possession with Intent to Distribute Methamphetamine
### Title 21, United States Code, Section 841(a)(1)

27.     Paragraphs 1-16 of this Indictment are incorporated here.

28.     On or about August 23, 2016, in the Southern District of Alabama, Southern

Division, and elsewhere, the defendant,

**MARTIN CARLTON MELTON, aka MC**

SEALED

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 2.4 grams of methamphetamine (mixture and substance).

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT THREE
**Possession with Intent to Distribute Methamphetamine**
**Title 21, United States Code, Section 841(a)(1)**

29.   Paragraphs 1-16 of this Indictment are incorporated here.

30.   On or about January 25, 2018, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**MARTIN CARLTON MELTON, aka MC**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 3.1 grams of methamphetamine (mixture and substance).

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT FOUR
**Possession with Intent to Distribute Methamphetamine**
**Title 21, United States Code, Section 841(a)(1)**

31.   Paragraphs 1-16 of this Indictment are incorporated here.

32.   On or about January 30, 2018, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**ANNETTA GAYNELL OWENS, aka GAYNELL**

SEALED

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 116 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 50 grams; thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

**COUNT FIVE**
**Possession with Intent to Distribute Methamphetamine**
**Title 21, United States Code, Section 841(a)(1)**

33.     Paragraphs 1-16 of this Indictment are incorporated here.

34.     On or about June 22, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, Brandi Suzanne King, aided and abetted by the defendant,

**MARTIN CARLTON MELTON, aka MC**

and aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 9.7 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 5 grams; thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

**COUNT SIX**
**Possession with Intent to Distribute Methamphetamine**
**Title 21, United States Code, Section 841(a)(1)**

35.     Paragraphs 1-16 of this Indictment are incorporated here.

SEALED

36.     On or about July 13, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, Tristan Wayne Nettles, aided and abetted by the defendant,

**MARTIN CARLTON MELTON, aka MC**

and aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 15 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 5 grams; thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

**COUNT SEVEN**
**Possession with Intent to Distribute Methamphetamine**
**Title 21, United States Code, Section 841(a)(1)**

37.     Paragraphs 1-16 of this Indictment are incorporated here.

38.     On or about August 21, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**JESSICA DEFLOREN TUBB, aka ALLIE**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 3.2 grams of methamphetamine (mixture and substance).

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT EIGHT**
**Possession with Intent to Distribute Methamphetamine**
**Title 21, United States Code, Section 841(a)(1)**

SEALED

39.     Paragraphs 1-16 of this Indictment are incorporated here.

40.     On or about August 22, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**JESSICA DEFLOREN TUBB, aka ALLIE, and
WILLIAM GRANT OWENS, aka WHIP / SURGE**

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 3.2 grams of methamphetamine (mixture and substance).

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT NINE
### Possession with Intent to Distribute Methamphetamine
### Title 21, United States Code, Section 841(a)(1)

41.     Paragraphs 1-16 of this Indictment are incorporated here.

42.     On or about August 24, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**MARTIN CARLTON MELTON, aka MC, and
ED RAY PATTERSON, aka UNC / POP**

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 56 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

SEALED

The quantity of methamphetamine (actual) involved in the offense exceeded 50 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT TEN
### Possession with Intent to Distribute Methamphetamine
### Title 21, United States Code, Section 841(a)(1)

43.     Paragraphs 1-16 of this Indictment are incorporated here.

44.     On or about August 30, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**WILLIAM GRANT OWENS, aka WHIP / SURGE, and**
**JESSICA DEFLOREN TUBB, aka ALLIE**

aided and abetted by one another, and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 0.9 grams of methamphetamine (mixture and substance).

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN
### Possession with Intent to Distribute Methamphetamine
### Title 21, United States Code, Section 841(a)(1)

45.     Paragraphs 1-16 of this Indictment are incorporated here.

46.     On or about September 7, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**MARTIN CARLTON MELTON, aka MC**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 28.2 grams of methamphetamine (actual).

**SEALED**

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 5 grams; thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

### COUNT TWELVE
### Possession with Intent to Distribute Methamphetamine
### Title 21, United States Code, Section 841(a)(1)

47.     Paragraphs 1-16 of this Indictment are incorporated here.

48.     On or about February 7, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

### WILLIAM GRANT OWENS, aka WHIP / SURGE

aided and abetted by one another, and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 8 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 5 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

### COUNT THIRTEEN
### Possession with Intent to Distribute Methamphetamine
### Title 21, United States Code, Section 841(a)(1)

49.     Paragraphs 1-16 of this Indictment are incorporated here.

50.     On or about February 25, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

SEALED

**WILLIAM GRANT OWENS, aka WHIP / SURGE, and**
**BRITANNY VICTORIA LOVEJOY**

aided and abetted by one another, and by other persons, both known and unknown to the Grand

Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and

distribute, a Schedule II controlled substance, to-wit: approximately 6.93 grams of

methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 5 grams; thus,

the defendants are subject to the penalty provisions of Title 21, United States Code, Section

841(b)(1)(B).

## COUNT FOURTEEN
### Possession with Intent to Distribute Oxymorphone
### Title 21, United States Code, Section 841(a)(1)

51.     Paragraphs 1-16 of this Indictment are incorporated here.

52.     On or about January 18, 2017, in the Southern District of Alabama, Southern

Division, and elsewhere, the defendant,

**MARTIN CARLTON MELTON, aka MC**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly

and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II

controlled substance, to-wit: two tablets of Oxymorphone.

## COUNT FIFTEEN
### Possession with Intent to Distribute Oxymorphone
### Title 21, United States Code, Section 841(a)(1)

53.     Paragraphs 1-16 of this Indictment are incorporated here.

SEALED

54.     On or about February 1, 2017, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**MARTIN CARLTON MELTON, aka MC**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: two tablets of Oxymorphone.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN
### Possession with Intent to Distribute Oxymorphone
### Title 21, United States Code, Section 841(a)(1)

55.     Paragraphs 1-16 of this Indictment are incorporated here.

56.     On or about August 22, 2017, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**MARTIN CARLTON MELTON, aka MC**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: one tablet of Oxymorphone.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVENTEEN
### Possession with Intent to Distribute Oxymorphone
### Title 21, United States Code, Section 841(a)(1)

57.     Paragraphs 1-16 of this Indictment are incorporated here.

58.     On or about October 17, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**ADAM JOSEPH OWENS, aka AJ / BIG HOMIE**

SEALED

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: two tablets of Oxymorphone.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHTEEN
### Possession with Intent to Distribute Oxymorphone
### Title 21, United States Code, Section 841(a)(1)

59.     Paragraphs 1-16 of this Indictment are incorporated here.

60.     On or about February 1, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**ADAM JOSEPH OWENS, aka AJ / BIG HOMIE**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule II controlled substance, to-wit: approximately 150 tablets of Oxymorphone.

## COUNT NINETEEN
### Possession of Firearm in Furtherance of Drug Trafficking Crime
### Title 18, United States Code, Section 924(c)(1)(A)(i)

61.     Paragraphs 1-16 of this Indictment are incorporated here.

62.     On or about February 1, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**ADAM JOSEPH OWENS, aka AJ**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: Possession with Intent to Distribute Oxymorphone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 18 of this Indictment, did knowingly possess firearms, namely, a Glock 22, .40 caliber handgun,

SEALED

bearing serial number GVP191, and a Smith & Wesson M&P, Bodyguard 38, .38 caliber handgun, bearing serial number CSX1083.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT TWENTY
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

63.     Paragraphs 1-16 of this Indictment are incorporated here.

64.     On or about December 14, 2017, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### MARTIN CARLTON MELTON, aka MC

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 0.2 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWENTY-ONE
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

65.     Paragraphs 1-16 of this Indictment are incorporated here.

66.     On or about February 19, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### MELODY NOEL CLEBURN, aka ANGEL NOEL

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 0.2 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

SEALED

## COUNT TWENTY-TWO
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

67.     Paragraphs 1-16 of this Indictment are incorporated here.

68.     On or about February 22, 2018, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

### MELODY NOEL CLEBURN, aka ANGEL NOEL

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 0.4 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-THREE
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

69.     Paragraphs 1-16 of this Indictment are incorporated here.

70.     On or about September 12, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### WILLIAM GRANT OWENS aka WHIP / SURGE

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 0.3 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FOUR
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

71.     Paragraphs 1-16 of this Indictment are incorporated here.

SEALED

72.     On or about October 11, 2018, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**JESSICA DEFLOREN TUBB, aka ALLIE**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FIVE
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

73.     Paragraphs 1-16 of this Indictment are incorporated here.

74.     On or about January 28, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**MARTIN CARLTON MELTON aka MC**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 0.6 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-SIX
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

75.     Paragraphs 1-16 of this Indictment are incorporated here.

76.     On or about February 25, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**WILLIAM GRANT OWENS aka WHIP / SURGE, and**
**BRITTANY VICTORIA LOVEJOY**

SEALED

aided and abetted by one another, and others, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 1.1 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-SEVEN
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

77.     Paragraphs 1-16 of this Indictment are incorporated here.

78.     On or about May 17, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**MARK ROBERT RUPPRECHT, aka GHOST,**
**aided and abetted by defendant MARTIN CARLTON MELTON, aka MC**

and aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 4.69 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-EIGHT
### Possession with Intent to Distribute Heroin and Fentanyl
### Title 21, United States Code, Section 841(a)(1)

79.     Paragraphs 1-16 of this Indictment are incorporated here.

80.     On or about June 4, 2019, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**MARTIN CARLTON MELTON, aka MC**

SEALED

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 0.58 grams of heroin and fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-NINE
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

81.     Paragraphs 1-16 of this Indictment are incorporated here.

82.     On or about August 23, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**TERRY LAMONT OWENS, aka SOLO**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 2.5 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY
### Possession with Intent to Distribute Heroin and Fentanyl
### Title 21, United States Code, Section 841(a)(1)

83.     Paragraphs 1-16 of this Indictment are incorporated here.

84.     On or about January 7, 2020, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**EDWIN JEROME OWENS, aka EJ**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately .747 grams of heroin and Fentanyl.

SEALED

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-ONE
### Attempt to Possess with Intent to Distribute Heroin
### Title 21, United States Code, Section 846

85.     Paragraphs 1-16 of this Indictment are incorporated here.

86.     On or about January 20, 2020, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**MORTIMER ADRIAN COTTRELL, aka CUZ**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully attempt to possess with the intent to distribute, and attempt distribute, a Schedule I controlled substance, to-wit: approximately 70 grams of heroin.

In violation of Title 21, United States Code, Section 846.

## COUNT THIRTY-TWO
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

87.     Paragraphs 1-16 of this Indictment are incorporated here.

88.     On or about March 12, 2020, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**JIMMY EARL CONNOR,**
**aided and abetted by defendant EDWIN JEROME OWENS, aka EJ**

and aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 18 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-THREE
### Possession with Intent to Distribute Fentanyl
### Title 21, United States Code, Section 841(a)(1)

SEALED

89.  Paragraphs 1-16 of this Indictment are incorporated here.

90.  On or about March 25, 2020, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**AVAMAE GAYNELL JACKSON, aka AVA,**
**aided and abetted by defendant REGINALD IRVIN BURGESS**

and aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 90.9 grams of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of fentanyl involved in the offense exceeded 10 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT THIRTY-FOUR
### Possession with Intent to Distribute Heroin
### Title 21, United States Code, Section 841(a)(1)

91.  Paragraphs 1-16 of this Indictment are incorporated here.

92.  On or about March 27, 2020, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**TERRY LAMONT OWENS, aka SOLO**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately 3.274 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY-FIVE
### Possession with Intent to Distribute Fentanyl
### Title 21, United States Code, Section 841(a)(1)

SEALED

93.     Paragraphs 1-16 of this Indictment are incorporated here.

94.     On or about March 31, 2020, in the Southern District of Alabama, Southern

Division, and elsewhere, the defendant,

**GABRIELLE ANTOINETTE MIMS,**
**aided and abetted by defendant EDWIN JEROME OWENS, aka EJ**

and aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly

and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I

controlled substance, to-wit: approximately 1.349 grams of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT THIRTY-SIX
### Possession with Intent to Distribute Heroin and Fentanyl
### Title 21, United States Code, Section 841(a)(1)

95.     Paragraphs 1-16 of this Indictment are incorporated here.

96.     On or about April 16, 2020, in the Southern District of Alabama, Southern Division,

and elsewhere, the defendant,

**GABRIELLE ANTOINETTE MIMS,**
**aided and abetted by defendant EDWIN JEROME OWENS aka EJ**

and aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly

and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I

controlled substance, to-wit: approximately 5.928 grams of heroin and fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT THIRTY-SEVEN
### Possession with Intent to Distribute Fentanyl
### Title 21, United States Code, Section 841(a)(1)

97.     Paragraphs 1-16 of this Indictment are incorporated here.

SEALED

98.     On or about November 25, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**TYLER WESTON MARTIN, and
CHAD JOSHUA DELEVIELEUSE, aka CHAD THE PILOT**

aided and abetted by one another, and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully attempt to possess with the intent to distribute, and attempt to distribute, a Schedule I controlled substance, to-wit: approximately 72 grams of fentanyl.

In violation of Title 21, United States Code, Section 846.

The quantity of fentanyl involved in the offense exceeded 10 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT THIRTY-EIGHT
### Possession with Intent to Distribute Fentanyl
### Title 21, United States Code, Section 841(a)(1)

99.     Paragraphs 1-16 of this Indictment are incorporated here.

100.    On or about December 13, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**AUSTIN TYLER MAMUSCIA, and
CHAD JOSHUA DELEVIELEUSE, aka CHAD THE PILOT**

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully attempt to possess with the intent to distribute, and attempt to distribute, a Schedule I controlled substance, to-wit: approximately 83 grams of fentanyl.

In violation of Title 21, United States Code, Section 846.

SEALED

The quantity of fentanyl involved in the offense exceeded 10 grams; thus, the defendants are  subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

### COUNT THIRTY-NINE
### Possession with Intent to Distribute Fentanyl
### Title 21, United States Code, Section 841(a)(1)

101.    Paragraphs 1-16 of this Indictment are incorporated here.

102.    On or about October 11, 2018, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**WILLIAM GRANT OWENS, aka WHIP / SURGE, and
JESSICA DEFLOREN TUBB, aka ALLIE**

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to wit: Fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1).

The defendants' distribution of the Fentanyl to K.J., a person whose identity is known to the Grand Jury, and K.J.'s ingestion of the Fentanyl resulted in the death and serious bodily injury to K.J.; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT FORTY
### Possession with Intent to Distribute Fentanyl
### Title 21, United States Code, Section 841(a)(1)

103.    Paragraphs 1-16 of this Indictment are incorporated here.

104.    On or about February 2, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**WILLIAM GRANT OWENS, aka WHIP / SURGE, and
JESSICA DEFLOREN TUBB, aka ALLIE**

SEALED

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to wit: Fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1).

The defendants' distribution of the Fentanyl to M.B., a person whose identity is known to the Grand Jury, and M.B.'s ingestion of the Fentanyl resulted in the death and serious bodily injury to M.B.; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT FORTY-ONE
### Possession with Intent to Distribute Fentanyl
### Title 21, United States Code, Section 841(a)(1)

105.    Paragraphs 1-16 of this Indictment are incorporated here.

106.    On or about February 18, 2020, in the Southern District of Alabama, Southern Division, and elsewhere the defendants,

### CORNELL LEMONT HOUSTON, aka CJ, and
### MARINDA OLIVIA LOETTA HEFLIN

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to wit: Fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1).

The defendants' distribution of the Fentanyl to J.S., a person whose identity is known to the Grand Jury, and J.S.'s ingestion of the Fentanyl resulted in the death and serious bodily injury to J.S.; thus, the defendants are  subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT FORTY-TWO

SEALED

**Possession with Intent to Distribute Heroin and Fentanyl**
**Title 21, United States Code, Section 841(a)(1)**

107.   Paragraphs 1-16 of this Indictment are incorporated here.

108.   On or about May 12, 2020, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**JESSIE LEE ANDREWS**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I and Schedule I controlled substance, to wit: heroin (mixed with Fentanyl).

In violation of Title 21, United States Code, Section 841(a)(1).

The defendant's distribution of the heroin mixed with Fentanyl to J.Z., a person whose identity is known to the Grand Jury, and J.Z.'s ingestion of the heroin mixed with Fentanyl resulted in the death and serious bodily injury to J.Z.; thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

**COUNT FORTY-THREE**
**Possession of Firearm by a Prohibited Person (felon)**
**Title 18, United States Code, Section 922(g)(1)**

109.   Paragraphs 1-16 of this Indictment are incorporated here.

110.   On or about January 30, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**ED RAY PATTERSON, aka UNC / POP**

having been knowingly convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:  Assault 2nd Degree on or about February 7, 1994, in the Circuit Court of Mobile County, Alabama, Case Number CC 1999-002693, did knowingly possess, in and affecting commerce, firearms and rifles, namely, a Remington, model 1911 R1, .45 caliber handgun, bearing

SEALED

serial number RHN47792A; a Smith & Wesson, model M&P 40, .40 caliber handgun, bearing serial number DSP6455; a Ruger, model Mini 14, .223 caliber rifle bearing serial number 181-44650; and a Norico, model SKS, 7.62x39 rifle, bearing serial number CGA9109821.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT FORTY-FOUR
### Possession of Firearm by a Prohibited Person (felon)
### Title 18, United States Code, Section 922(g)(1)

111.    Paragraphs 1-16 of this Indictment are incorporated here.

112.    On or about February 14, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### ED RAY PATTERSON, aka UNC / POP

having been knowingly convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:  Assault 2nd Degree on or about February 7, 1994, in the Circuit Court of Mobile County, Alabama, Case Number CC 1999-002693, did knowingly possess, in and affecting commerce, a firearm, namely, a Remington, model 7400, 30-06 caliber rifle bearing serial number 8108208.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT FORTY-FIVE
### Possession of Firearm by a Prohibited Person (felon)
### Title 18, United States Code, Section 922(g)(1)

113.    Paragraphs 1-16 of this Indictment are incorporated here.

114.    On or about July 10, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

### TOMOCUS LAWRENCE JACKSON, aka J-Bo

SEALED

having been knowingly convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:  Possession of Cocaine on or about November 18, 2014, in the Circuit Court of Mobile County, Alabama, Case Number CC 2014-002838, did knowingly possess, in and affecting commerce, a firearm, namely, a .45 caliber Ruger handgun, model SR1911, bearing serial number 673-09090.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT FORTY-SIX
**Possession of Firearm by a Prohibited Person (felon)**
**Title 18, United States Code, Section 922(g)(1)**

115.    Paragraphs 1-16 of this Indictment are incorporated here.

116.    On or about June 17, 2020, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**ALEX SCOTT, aka BLACK**

having been knowingly convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:  Forgery on or about March 6, 2007, in the Court of Common Pleas in Wood County, Ohio, Case Number 06 CR 367, did knowingly possess, in and affecting commerce, a firearm, namely, a Rohm, model RG 14, .22 caliber revolver with a obliterated serial number.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT FORTY-SEVEN
**Possession with Intent to Distribute Heroin**
**Title 21, United States Code, Section 841(a)(1)**

117.    Paragraphs 1-16 of this Indictment are incorporated here.

118.    On or about August 7, 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendant,

**AUTUM JEAN MOOREHEAD**

SEALED

and aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, and distribute, a Schedule I controlled substance, to-wit: approximately .77 grams of heroin.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT FORTY-EIGHT
### Maintaining Drug-Involved Premises
### Title 21, United States Code, Section 856(a)(2)

119.    Paragraphs 1-16 of this Indictment are incorporated here.

120.    From in or about January 2016, and continuing to in or about the date of the return of this Indictment, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**PARESH PATEL,**
**JAIKUMAR RAMESHBAI PATEL, and**
**MITESH DESAI**

aided and abetted by one another, and by other persons, both known and unknown to the Grand Jury, while managing and controlling The Regency Inn, formerly known as the Rode Way Inn, located at 5488 Inn Road, Mobile, Alabama 36619, as an owner, lessee, agent, employee, occupant, and mortgagee, did knowingly and intentionally rent, lease, profit from, and make available for use, said place for the purpose of unlawfully manufacturing, storing, distributing, and using a controlled substance, in violation of Title 21, United States Code, Section 856(b)(2).

The penalty provisions of Title 21, United States Code, Section 856(b) apply to the conduct described herein.

### FORFEITURE NOTICE

121.    Paragraphs 1-16 of this Indictment are incorporated here.

SEALED

122.    In committing any of the felony offenses alleged in Counts 1-46 of this Indictment,

which are each punishable by imprisonment for more than one year, the defendants,

JESSIE LEE ANDREWS,
LISA OVERBY BROKAW,
REGINALD IRVIN BURGESS,
MELODY NOEL CLEBURN, aka ANGEL NOEL,
JIMMY EARL CONNER,
MORTIMER ADRIAN COTTRELL, aka CUZ,
KHADARRIN J.PMN CRAYTON, aka KD,
CHAD JOSHUA DELEVIELEUSE, aka CHAD THE PILOT,
DONNA J. DELEVIELEUSE,
KIAIRUS JAMER DIAMOND, aka NEPHEW,
JULISA NATALIA DILLARD,
SYDNEY ELIZABETH DUNN,
MARINDA OLIVIA LOETTA HEFLIN,
CORNELL LEMONT HOUSTON, aka CJ,
AVAMAE GAYNELL JACKSON, aka AVA,
TOMOCUS LAWRENCE JACKSON, aka J-BO,
RICHARD GAINES KRAUSE,
BRITTANY VICTORIA LOVEJOY,
HARRISON LAVELLE LUKER,
AUSTIN TYLER MAMUSCIA,
TYLER WESTON MARTIN,
FITZALBERT NORMAN MCGLOSHEN, aka FITZ,
MARTIN CARLTON MELTON, aka MC,
GABRIELLE ANTOINETTE MIMS,
JONAS MOORE, aka RIP,
AUTUMN JEAN MOOREHEAD,
ANNETTA GAYNELL OWENS, aka GAYNELL,
ADAM JOSEPH OWENS, aka AJ / BIG HOMIE,
WILLIAM GRANT OWENS, aka WHIP / SURGE,
EDWIN JEROME OWENS, aka EJ,
TERRY LAMONT OWENS, aka SOLO,
AMBER LEE PARKER, aka AMBER RUSSELL,
ED RAY PATTERSON, aka UNC / POP,
WENDY GALE ROBERTS,
MARK ROBERT RUPPRECHT, aka GHOST,
ALEX SCOTT, aka BLACK,
DENTON TAYLOR STANLEY,
LEMONT STEVEMS, aka MONT,
JESSICA DEFLOREN TUBB, aka ALLIE,
PARESH PATEL,
JAIKUMAR RAMESHBAI PATEL, and
MITESH DESAI

SEALED

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property, used or intended to be used in any manner or part to commit or to facilitate the commission of such violation or violations.  The United States is entitled to forfeiture of any such property constituting or derived from any proceeds each defendant obtained, directly or indirectly as the result of such violation; and any such property of any such defendant used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

If any of the forfeitable property, because of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853.

Furthermore, upon conviction of the offenses alleged in Counts 19 and 43-45 and of this Indictment, the defendants,

**TOMOCUS LAWRENCE JACKSON, aka J-BO,**
**ED RAY PATTERSON, aka UNC / POP, and**
**ADAM JOSEPH OWENS, aka AJ / BIG HOMIE**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offenses, including, but not limited to:

SEALED

a. One Glock 22, .40 caliber handgun, bearing serial number GVP191;

b. One Smith & Wesson M&P, Bodyguard 38, .38 caliber handgun, bearing serial number CSX1083;

c. One Remington, model 1911 R1, .45 caliber handgun, bearing serial number RHN47792A;

d. One Smith & Wesson, model M&P 40, .40 caliber handgun, bearing serial number DSP6455;

e. One Ruger, model Mini 14, .223 caliber rifle bearing serial number 181-44650;

f. One Norico, model SKS, 7.62x39 rifle, bearing serial number CGA9109821;

g. One Remington, model 7400, 30-06 caliber rifle bearing serial number 8108208; and

h. One .45 caliber Ruger handgun, model SR1911, bearing serial number 673-09090.

In accordance with Title 26, United States Code, Section 5872; Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d).

A TRUE BILL.

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:

_____
LUIS F. PERAL
Assistant United States Attorney

SEALED

_____
GEORGE F. MAY
Assistant United States Attorney

_____
SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division                    OCTOBER 2020

SEALED