**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| STATE OF ALABAMA | * | |
| | * | CRIMINAL NO. 20-00122-TFM |
| VS | * | |
| | * | |
| MARTIN CARLTON MELTON | * | |

**MOTION TO POSTPONE SENTENCING**

COMES NOW the defendant, Martin Melton, by and through counsel, James M. Byrd, and, in support of motion to postpone sentencing, avers as follows separately and severally:

1. Martin Melton is set for sentencing on August 26, 2021;

2. Martin Melton expects to be called as a witness in co-defendants trials;

3. Co-defendants trials has been reset to January;

4. U.S. Attorney has no objections to this motion.

WHEREFORE, the above being considered, Martin Melton prays this Honorable Court reset this cause until after co-defendants trials in January.

Respectfully submitted,

*/s/ James M. Byrd*
James M. Byrd
Attorney for Defendant
456 Conti Street
Mobile, Alabama 36602
(251) 438-2973

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of August 2021, I have served all parties via electronically system.

*/s/ James M. Byrd*
James M. Byrd