# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

United States of America
v.
Martin Carlton Melton

Case No: 1:20-cr-122-TFM
USM No: 14635-509

Date of Original Judgment: 04/19/2022
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

James M. Byrd / Carlos Williams
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 160 months **is reduced to** 150 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The basis for granting the motions for reduction under Amendment 821 (Docs. 2224, 2295, and 2303) is contained in the Court's show cause order issued on June 25, 2026 (Doc. 2300). No party or victim filed any objections. Therefore, it is **ORDERED** that tthe motions to seal the original filings (Docs. 2223, 2294) are **GRANTED**. The original motions (Docs. 2224 and 2295) shall remain under seal and for the purpose of public access, Doc. 2303 shall be the open filing. Additionally, all the motions for reduction in sentence (Docs. 2224, 2295, and 2303) are all **GRANTED**. The Court reduces the term of imprisonment to one hundred fifty (150) months.

Except as otherwise provided, all provisions of the judgment dated 04/19/2022 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 10/07/2026

/s/ Terry F. Moorer
*Judge's signature*

Effective Date: ____________
*(if different from order date)*

Terry F. Moorer, United States District Judge
*Printed name and title*